No. 05–5011. GARCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5012. RUIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5013. LEWIS v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No. 05–5014. LESLEY v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 05–5015. KILLEN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05–5017. McCALLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5018. McMURREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5020. CASTILLO v. McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5021. SIK TO CHEUNG v. UNION CENTRAL LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 05–5022. McMAHON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5023. MEEKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5024. POSEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–5025. WAINWRIGHT v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 05–5026. McQUEEN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05–5028. RAMOS v. GRACE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.